IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi
banking corporation,**

    Plaintiff/ Counter-defendant,

vs.                                                CASE NO. 5:11-cv-132/RS-EMT

**JAMES A. BOYD, JR. et al.,**

    Defendants/ Counterclaimants.

_____/

## ORDER

A party may amend its counterclaim once as a matter of course within 21 days after service of a motion to dismiss under Rule 12(b).  *See* Fed. R. Civ. P. 15(a)(1)(B). Here, Defendants Amended Answer, Affirmative Defenses, and Counterclaim (Doc. 29) was filed within the deadline imposed by Rule 15.  Plaintiff's Motion to Dismiss Counterclaim (Doc. 17) is therefore **DENIED as moot**.

**ORDERED** on July 18, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE**