# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi banking corporation,**

    Plaintiff,

vs.                                    CASE NO. 5:11-cv-132 /RS-EMT

**BOYD BROTHERS, INC., a Florida corporation, et al.,**

    Defendants,

_____/

## ORDER

Before me is the Withdrawal of Jury Trial Demand (Doc. 36).

**IT IS ORDERED**:

1. The consolidated cases will be tried by the Court without a jury.

2. Plaintiff's Motion to Strike Demand for Jury Trial (Doc. 18) is denied as moot.

3. The hearing scheduled for August 16, 2011 is cancelled.

**ORDERED** on August 15, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**